JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEFFIER H. SAVARY, <br><br>                     Petitioner, <br><br>           v. <br><br> ERIC ARNOLD, Warden, <br><br>                     Respondent. | LA CV 16-6140-VBF-AGR <br><br> JUDGMENT |

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and that this action is dismissed with prejudice.

Dated:  June 23, 2025

/s/ Valerie Baker Fairbank

_____

Senior United States District Judge